CHRISTOPHER K. KARIC, *In Pro Per*
ckk@robinsonwood.com
ANTHONY DELFINO, *In Pro Per*
tonydelfino@yahoo.com
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Plaintiffs
ANTHONY DELFINO, an individual, in pro per
and CHRISTOPHER K. KARIC, an individual,
in pro per

RECEIVED
2009 NOV 12 A 9:04
RICHARD W. WIEKING
CLERK U.S. DIST. COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY DELFINO, an individual, in pro per; and CHRISTOPHER K. KARIC, an individual, in pro per,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID HERMAN, an individual; HERMAN REALTY, INC., at all times a corporation existing under the laws of the State of Alabama and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C09 04975 JF<br><br>**REQUEST TO ELECTRONICALLY FILE**<br>Judge: Honorable Jeremy Fogel<br>Dept.: 3, Fifth Floor |

Plaintiff CHRISTOPHER K. KARIC, an individual, in pro per hereby requests permission to electronically file in the above matter.

Plaintiff CHRISTOPHER K. KARIC is an attorney licensed to practice in the United States District Courts and is registered as an ECF filer.

IT IS SO ORDERED:

DATED: November 10, 2009
                 16

_____
HONORABLE JEREMY FOGEL

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

539333